UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONDA MERCER,

  Plaintiff,

-VS-

CASE NO.: 6:15-cv-1745-GAP-TBS

MACY'S CREDIT AND CUSTOMER
SERVICES, INC., FDS BANK and
CITIBANK, N.A.,

  Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, RONDA MERCER, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, RONDA MERCER, and Defendants, MACY'S CREDIT AND CUSTOMER SERVICES, INC., FDS BANK and CITIBANK, N.A., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of August, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to all parties of record

    Respectfully submitted,

    */s/William Peerce Howard*
    William Peerce Howard, Esq.
    Florida Bar No.: 0103330
    Amanda J. Allen, Esq.
    Florida Bar No.: 0098228
    The Consumer Protection Firm, PLLC
    210-A South MacDill Avenue
    Tampa, FL 323609
    Telephone: (813) 500-1500
    Facsimile: (813) 435-2369

Billy@TheConsumerProtectionFirm.com
Amanda@TheConsumerProtectionFirm.com
Attorney for Plaintiff